JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
October 16, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
October 16, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY RAUL MORALES, | ) No. CV 13-04245-R (DFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| GRAY LEWIS, Warden | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: October 16, 2014

_____
MANUEL L. REAL
United States District Judge